IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MISTY TAYLOR                                                                                          PLAINTIFF

V.                                                                          CIVIL ACTION NO. 1:16-CV-182-SA-DAS

HANGAR PROSTHETICS & ORTHOTICS, INC.                                          DEFENDANT

ORDER

In her First Amended Complaint [12], Misty Taylor alleges three claims under Title VII, 42 U.S.C. §§ 2000e, *et seq.*, against her former employer Hangar Prosthetics & Orthotics, Inc. Plaintiff Taylor alleges 1) a claim for discrimination based on sex, 2) a claim for sexual harassment, and 3) a claim for retaliation. Defendant Hangar Prosthetics filed a Motion for Partial Summary Judgment [53] requesting summary judgment in its favor on the Plaintiffs first two claims only. The Plaintiff filed a Response [57] conceding her first two claims. Accordingly, summary judgment is granted in the Defendant's favor on both of these claims. The Plaintiff's sole remaining claim is her claim for retaliation.

The Defendant's Motion for Partial Summary Judgment [53] is GRANTED.

SO ORDERED, on this the 11th day of December, 2017.

                                                        /s/ Sharion Aycock
                                                        UNITED STATES DISTRICT JUDGE