IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MISTY TAYLOR                                                                                    PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:16-CV-182-SA-DAS

HANGAR PROSTHETICS & ORTHOTICS, INC.                                   DEFENDANT


ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being

settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action be dismissed without prejudice. The Court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement

has not been completed and further litigation is necessary.

This the 17th day of January, 2018.

 /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE