**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

MISTY L. TAYLOR,

    Plaintiff,

v.

HANGER PROSTHETICS &
ORTHOTICS, INC. a/k/a HANGER
CLINIC,

    Defendant.

CIVIL ACTION NO. 1:16-cv-00182-SA-DAS

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

It appearing to the Court, based on the representation of Counsel as indicated by the signatures hereinbelow, that this matter has been settled and fully resolved and that this matter should be dismissed with prejudice with each Party to bear her or its own costs, fees and expenses.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this case is dismissed with prejudice and that each Party shall bear her or its own costs, fees and expenses.

    /s/ Sharion Aycock
UNITED STATES DISTRICT COURT JUDGE

Dated: February 21, 2018

AGREED AND APPROVED:


/s/Ron L. Woodruff
Ron L. Woodruff (MS Bar No. 100391)
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS  38802
Telephone: 662.842.7324
E-mail: waide@waidelaw.com

Attorneys for Plaintiff Misty L. Taylor


/s/John W. Simmons
John W. Simmons (MS Bar No. 6799)
LITTLER MENDELSON, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, TN  38125
Telephone: 901.795.6695
E-mail: jwsimmons@littler.com

Attorneys for Defendant Hanger Prosthetics & Orthotics, Inc. a/k/a Hanger Clinic